IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No.  09-cv-80-DRH-DGW |
| | ) | |
| ROY E. RONE and PAULA S. RONE, | ) | |
| | ) | |
| Defendants. | ) | |

**DECREE CONFIRMING**
**UNITED STATES MARSHAL'S REPORT OF SALE**

This day comes Don Slazinik, United States Marshal, appointed by the Court to make sale

and to carry into effect the said former Judgment Decree and Order Directing Sale of Mortgaged

Property, and makes report of his proceedings and the Court having duly examined the same finds

that the United States Marshal has in every respect proceeded in accordance with the terms of said

Judgment Decree and Order Directing Sale of Mortgaged Property, and that said sale was fairly

made, and the Court being fully advised on the premises;

IT IS ORDERED, ADJUDGED, AND DECREED, that the proceedings of the sale and

report of said United States Marshal be, and the same are hereby approved and confirmed.

DATED this 16th day of September, 2009.


/s/     David R Herndon

DAVID R. HERNDON
Chief, United States District Judge